Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE:** | **CASE: 21-22681** |
| ANTHONY TAZZIO DOMINGUEZ | **CHAPTER 13** |
| **Debtor** | Hon. KEVIN R. ANDERSON |

### TRUSTEE'S PRELIMINARY REPORT OF CLAIMS

The court confirmed the Debtor's plan on August 24, 2021, and the bar date for filing claims in this case has now expired.   Debtor's counsel has filed the Decaration of Claims Review, but the following matters are still pending:

The total amount of allowed claims has rendered the plan unfeasible, meaning that with the current payment, the plan will not be completed sixty months of the petition date as required by 11 U.S.C. § 1322(d).

The Trustee estimates that it will take approximately  30 days to finally resolve these outstanding issues. If these issues are timely resolved, the Trustee will file the Report of Claims; if these issues are not timely resolved, the Trustee may take other action, including, filing a motion to dismiss.

Dated: March 21, 2022

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Preliminary Report of Claims was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on March 21, 2022:

ANTHONY TAZZIO DOMINGUEZ, 788 E 260 N, OGDEN, UT  84414-4414

E. KENT WINWARD, ECF Notification

/s/ Kim Meyers

Preliminary TROC
Printed by: Kim